SEAN P. HEALY, SB# 018393
healy@lbbslaw.com
SHAWN M. PETRI, SB# 022642
petri@lbbslaw.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
Phoenix Plaza Tower II
2929 North Central Avenue, Suite 1700
Phoenix, Arizona 85012-2761
Telephone: 602.385.1040
Facsimile: 602.385.1051
*Attorneys for Defendant*

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Michael Andrew Collier, and Kim Collier-Dingman,<br><br>Plaintiffs,<br><br>vs.<br><br>Gurstel Chargo, P.A.,<br><br>Defendant. | No. CV12-02161-PHX-JAT<br><br>**STIPULATION TO DISMISS WITH PREJUDICE** |

Plaintiff and Defendants, by and through the undersigned, hereby stipulate and agree that:

1. This matter will be voluntarily dismissed by Plaintiffs;

2. Gurstel Chargo performed no action that was in violation of the FDCPA;

3. The telephone call referred to in the Complaint and the central subject of this lawsuit was not made by Gurstel Chargo, any employee or affiliate of Gurstel Chargo, or anyone acting on behalf of Gurstel Chargo; and

4. Plaintiffs agree to take nothing as a result of this action and agree that Gurstel Chargo neither paid anything nor promised anything to reach this agreement and dismissal.

4844-7806-0052.1

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

5. All costs and attorney fees will be paid by the respective parties and neither will pay any of the others costs or fees.

DATED this __24__ day of July, 2013.

          LEWIS BRISBOIS BISGAARD & SMITH LLP

By /s/ Shawn Petri
    Sean P. Healy
    Shawn M. Petri
    *Attorneys for Defendant*

_____
Michael Andrew Collier

_____
Kim Collier-Dingman

### CERTIFICATE OF SERVICE

I hereby certify that on ~~March 22,~~ July 30, 2013, I electronically transmitted the foregoing document to the Clerk's office using the Court's CM/ECF System and thereby served all counsel of record in this matter.

/s/ ~~Margaret Staniforth~~ Janet Jones

4844-7806-0052.1

2