UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Michael Andrew Collier, and Kim Collier-Dingman,<br><br>          Plaintiffs,<br><br>     vs.<br><br>Gurstel Chargo, P.A.,<br><br>          Defendant. | No. CV 12-02161-PHX-JAT<br><br>**ORDER TO DISMISS WITH PREJUDICE** |

Pursuant to the stipulation of the parties (Doc. 72),

IT IS ORDERED that this case is dismissed, with prejudice, in accordance with the terms of the stipulation.

Dated this 5th day of August, 2013.

_____
James A. Teilborg
Senior United States District Judge