ANDREW D. PARKER (SB # 028314)
parker@parkerrosen.com
PARKER ROSEN, LLC
300 First Avenue North, Suite 200
Minneapolis, NM 55401
Telephone: (612) 767-3000
Facsimile: (612) 767-3001

SEAN P. HEALY, (SB # 018393)
Sean.healy@lewisbrisbois.com
SHAWN M. PETRI, (SB # 022642)
Shawn.petri@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
Phoenix Plaza Tower II
2929 North Central Avenue, Suite 1700
Phoenix, Arizona 85012-2761
Telephone: 602.385.1040
Facsimile: 602.385.1051
*Attorneys for Gurstel Chargo*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Michael Andrew Collier, and Kim Collier-Dingman,<br><br>Plaintiffs,<br><br>vs.<br><br>Gurstel Chargo, P.A.,<br><br>Defendant. | No. 2:12-cv-02161-PHX-JAT<br><br>**RESPONSE TO MOTION TO EXTEND TIME TO RESPOND TO MOTION FOR SANCTIONS** |

Gurstel Chargo, P.A., ("Gurstel Chargo") hereby responds to Plaintiffs' counsel's motion to extend time to respond to the motion for sanctions (Docket # 80). This requested extension is unreasonable, particularly the amount of time requested. In addition to the 10 business days and 3 mailing days provided by LRCiv 7.2 and FRCP 6d, Plaintiffs' counsel seeks an extra 30 days to respond to the motion. There is no reasonable basis to request such a lengthy extension. Gurstel Chargo has dealt with the false

4848-3692-3158.1

LEWIS BRISBOIS BISGAARD & SMITH LLP

allegations in the Complaint for over a year. Continuing to delay the resolution of this case causes Gurstel Chargo additional expense and hardship.

The primary basis of the extension revolves around counsel's need to order a deposition transcript not purchased during the normal course of litigation. Plaintiffs' counsel never advised Gurstel Chargo that he needed the transcript prior to filing the motion to extend time. Gurstel Chargo's counsel provided a courtesy copy of the transcript via e-mail to Plaintiffs' counsel on the same day he filed his motion to extend time. Accordingly, Plaintiffs' counsel does not require additional time to obtain the same.

Gurstel Chargo's objection to the request for additional time focuses on the undue amount of time requested. Gurstel Chargo would not object to a reasonable extension of seven (7) days to accommodate Plaintiffs' counsel for the time he was on vacation. However, a request of 30 days is unwarranted.

DATED this 23rd day of October, 2013.

LEWIS BRISBOIS BISGAARD & SMITH LLP

By /s/ Sean P. Healy
    Sean P. Healy
    Shawn M. Petri
    *Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on October 23, 2013, I electronically transmitted the foregoing document to the Clerk's office using the Court's CM/ECF System and thereby served all counsel of record in this matter.

/s/ Janet K. Jones