# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Michael Andrew Collier, and Kim Collier-Dingman,<br><br>Plaintiffs,<br><br>v.<br><br>Gurstel Chargo, P.A.,<br><br>Defendant. | No. CV 12-2161-PHX-JAT<br><br>**ORDER** |

Counsel for Plaintiffs having moved to extend the time to respond to Defendant's Motion for Sanctions, and finding good cause appearing,[1]

/ / /

/ / /

/ / /

/ / /

/ / /

---

[1] The Court has reviewed Defendant's objection to the length of the extension. Given that it took Defendant two months to file the motion from when the case was dismissed, the Court does not find Plaintiff's requested time to respond to be unreasonable.

**IT IS HEREBY ORDERED** granting the motion for extension of time (Doc. 80) such that Plaintiffs's counsel shall have until November 22, 2013 to file his Response to the Motion for Sanctions.

DATED this 24th day of October, 2013.

_____
James A. Teilborg
Senior United States District Judge